# THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL CASE NO. 3:14-cv-00661-MR

|  |  |  |
|---|---|---|
| **AMANDA NICHOLE BALLEW,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **JUDGMENT** |
| | ) | |
| **CAROLYN W. COLVIN, Acting** | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**FOR THE REASONS** stated in the Memorandum of Decision and Order entered contemporaneously herewith, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Defendant's Motion for Summary Judgment is **DENIED**, and the Plaintiff's Motion for Summary Judgment is **GRANTED**.  Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the decision of the Commissioner under Sentence Four of 42 U.S.C. § 405(g), the decision of the Commissioner is **REVERSED** and this case is hereby **REMANDED** for further administrative proceedings.

Signed: March 9, 2016

Martin Reidinger
United States District Judge